**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 22-20315 (JJT) |
| ) | CASE NO. 22-20316 (JJT) |
| MGA MANAGEMENT, LLC and ) | *Jointly Administered* |
| MGAE, INC., ) | *under 22-20315* |
| ) | |
| ) | CHAPTER 11 |
| DEBTORS. ) | |
| ) | RE: ECF No. 300 |

**ORDER CONFIRMING SECOND AMENDED PLAN OF REORGANIZATION**
**OF MGA MANAGEMENT, LLC**

WHEREAS, the Second Amended Plan of Reorganization (the "Second Amended Plan") under Chapter 11 of the United States Bankruptcy Code was filed by MGA MANAGEMENT, LLC, 22-20315 on December 13, 2022 [ECF 300], and the Second Amended Plan and notice of the confirmation hearing were transmitted to creditors and equity security holders; and

WHEREAS, after due notice and a hearing conducted on December 20, 2022, the Court has determined that the requirements for confirmation of the Second Amended Plan set forth in 11 U.S.C. §§ 1129(a) and 1191 have been satisfied:

IT IS ORDERED that the Second Amended Plan is confirmed as a consensual plan pursuant to 11 U.S.C. §§ 1129 and 1191, subject to the conditions and requirements set forth below.

IT IS FURTHER ORDERED that the terms of the Second Amended Plan, and all Exhibits thereto, are incorporated by reference into, and are an integral part of, the Second Amended Plan and this Confirmation Order and are approved.

IT IS FURTHER ORDERED that the Effective Date of the Second Amended Plan is fourteen (14) days following the entry of this Confirmation Order.

IT IS FURTHER ORDERED that the Debtor is authorized to take such actions and to execute and deliver all documents reasonably required to effectuate the provisions of the Second Amended Plan.

IT IS FURTHER ORDERED that any funds currently ordered segregated or escrowed by the courts, exclusive of tenant security deposits, shall be released to the Debtor including:

> a) $200,908.33 plus accrued interest that was restored on June 23, 2022 to MGA from the Principal Michael Ancona's account at Santander xx82 may now be released to the debtor's general DIP account for disposition in accordance with the Second Amended Plan.

Notwithstanding, the Debtor shall use and maintain segregated tenant security deposits in accordance with Connecticut law.

IT IS FURTHER ORDERED that all applications for final compensation and reimbursement of expenses for professionals for the estate and the Sub Chapter V Trustee shall be filed within 30 days of the date of this Confirmation Order.

IT IS FURTHER ORDERED that the Debtor shall serve upon any current tenants, departed tenants within one year of filing this case and tenants currently in litigation with the debtor, the letter attached to this Order as a form of notice within 30 days of this Confirmation Order. The rights, claims, obligations and defenses of all tenants to the Debtor's properties shall be unaffected by this bankruptcy filing, confirmation of the Chapter 11 Plan or any discharge or injunction contemplated by the Plan.

IT IS FURTHER ORDERED that counsel for the Debtor is directed to serve a copy of this Order on all creditors and affected parties, including professionals of the estate, and file a certificate of service within 5 days of this Confirmation Order.

IT IS FURTHER ORDERED that, notwithstanding any provision in the Second Amended Plan to the contrary, the confirmation of the Second Amended Plan does not discharge MGA Management, LLC from any tax claim of the Internal Revenue Service incurred after May 9, 2022.

IT IS FURTHER ORDERED that the debtor shall file a Final Report with an Application for Final Decree no later than February 28, 2023, unless that time is extended by the Court.

IT IS FURTHER ORDERED that the Court shall, if it deems it necessary, conduct a hearing on the report and any application for final decree at a date to be set by the court to consider the termination of the Sub Chapter V Trustee.

IT IS FURTHER ORDERED this Court shall retain jurisdiction for the purposes set forth in Article 8.08 of the Second Amended Plan and any other purpose not inconsistent with this Confirmation Order.

IT IS FURTHER ORDERED the Subchapter V Trustee shall be discharged from his duties effective fifteen (15) days after the Effective Date (the "Subchapter V Trustee Discharge Date"), unless prior to the Subchapter V Trustee Discharge Date, a party-in-interest seeks to have the Subchapter V Trustee not discharged. Upon such a motion, the Court will adjudicate whether to discharge the Subchapter V Trustee.

IT IS FURTHER ORDERED that to the extent of any inconsistency between the provisions of the Second Amended Plan and this Confirmation Order, the terms and provisions contained in this Confirmation Order shall govern. The provisions of this Confirmation Order are integrated with each other and are nonseverable and mutually dependent unless expressly stated by further order of the Court.

Dated at Hartford, Connecticut this 12th day of January, 2023.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

# MGA Management, LLC

481 New Britain Avenue
Hartford, Connecticut 06106

January          , 2023

RE:   MGA Management, LLC Reorganization

Dear Tenant:

We are proud to announce that MGA Management, LLC has recently completed a company reorganization under Chapter 11 of the United States Bankruptcy Code. MGA Management, LLC will continue to manage the building and Michael Ancona will continue to be the property Manager and is, as always, ready to serve your needs. There is no change in contact information for MGA Management for the purposes of rent or repair concerns.

Please be advised that all your rights and obligations under your current lease, including your security deposit balance, have remained unchanged. Please continue to forward your rent c/o MGA Management, LLC, 481 New Britain Avenue, Hartford, Connecticut 06106.

If you have any questions, please feel free to call Michael Ancona at 860-558-6031.

Respectfully,

Michael Ancona